Ida Vene ARMOUR, Plaintiff-Appellant,

v.

CITY OF ANNISTON, d/b/a Anniston Memorial Hospital and Northeast Alabama Medical Center Board, Defendants-Appellees.

No. 77–1778.

United States Court of Appeals, Fifth Circuit.

July 15, 1980.

Edward Still, Susan W. Reeves, Birmingham, Ala., Neil Bradley, Atlanta, Ga., for plaintiff-appellant.

Walter J. Merrill, Anniston, Ala., for defendants-appellees.

Before MORGAN, FAY and RUBIN, Circuit Judges.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

ORDER:

Considering the order entered by the United States Supreme Court in *Armour v. City of Anniston, d/b/a Anniston Memorial Hospital and Northeast Alabama Medical Center Board,* —— U.S. ——, 100 S.Ct. 1334, 63 L.Ed.2d 774 (1980), the case is remanded to the district court to determine, after such hearing or hearings as it may see fit, whether or not there is still a live controversy involving the proposed class, and, if so, whether or not Mrs. Armour is a proper class representative, and, if she is not, to substitute an appropriate class representative should one desire to be appointed.

IT IS SO ORDERED.

W. B. COKE, Jr., Plaintiff-Appellant,

v.

GENERAL ADJUSTMENT BUREAU, INC., Defendant-Appellee.

No. 77–2874.

United States Court of Appeals, Fifth Circuit.

July 16, 1980.

Edward B. Cloutman, III, Dallas, Tex., for plaintiff-appellant.

Kalvin M. Grove, Burton L. Reiter, Lawrence M. Cohen, Chicago, Ill., for defendant-appellee.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

(Opinion, 5 Cir., 1980, 616 F.2d 785).

Before COLEMAN, Chief Judge, BROWN, AINSWORTH, GODBOLD, CHARLES CLARK, RONEY, GEE, TJOFLAT, HILL, FAY, RUBIN, VANCE, KRAVITCH, FRANK M. JOHNSON, Jr., GARZA, HENDERSON, REAVLEY, POLITZ, HATCHETT, ANDERSON, RANDALL, TATE, SAM D. JOHNSON, THOMAS A. CLARK and WILLIAMS, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc.

IT IS ORDERED that the cause shall be reheard by the Court en banc on briefs without oral argument. The Clerk will specify a briefing schedule for the filing of supplemental briefs.